HUDSON TOWERS, INC. v. TOWNSHIP OF
NORTH BERGEN.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGERLON KENNEDY.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM L. DAVIS.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MARVIN T. TRAVIS.

May 17, 1983.

Petition for certification denied.